AO 121 (06/16)

| TO:<br><br>Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave., S.E.<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION   [ ] APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Southern District of New York |
|---|---|
| DOCKET NO.<br>1:23-cv-5362 | DATE FILED<br>June 23, 2023 | 500 Pearl St. New York, NY 10007<br>New York New York 10007 |

| PLAINTIFF<br>Zuma Press, Inc. | DEFENDANT<br>CMI Marketing, Inc. |
|---|---|

| COPYRIGHT REGISTRATION NO | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  VA 2-171-173 | 091619_Armando_Gallo (107).jpg | Zuma Press, Inc. |
| 2 | | |
| 3 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>[ ] Order   [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes   [ ] No | DATE RENDERED |
|---|---|---|

| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>/s/ T. Pisarczyk | DATE<br>11/2/2023 |
|---|---|---|

**DISTRIBUTION**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s) mail copy to Register of Copyrights
3) Upon termination of action mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zuma Press, Inc.,<br><br>           Plaintiff,<br><br>      v.<br><br>CMI Marketing, Inc.,<br><br>           Defendant. | Case No: 1:23-cv-05362-PAE-OTW |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed *without prejudice*.

Dated: November 1, 2023

                                            **SANDERS LAW GROUP**

                                            By:   */s/ Renee Aragona*
                                            Renee Aragona, Esq.
                                            333 Earle Ovington Blvd, Suite 402
                                            Uniondale, NY 11553
                                            Tel: (516) 203-7600
                                            Email: raragona@sanderslaw.group
                                            File No.: 125935
                                            *Attorneys for Plaintiff*